IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-37 (MTT) |
| | ) |
| CHARLES ANTHONY LOPEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Doc. 24. The defendant was indicted on June 14, 2023, and had his arraignment in this Court on July 10, 2023. Docs. 1; 15. No prior continuances have been granted. The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term to provide additional time for defendant's counsel to review discovery and determine next steps. Doc. 24 at 1. The government does not oppose the motion. *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 24) is **GRANTED**. The case is continued from the September term until the Court's trial term presently scheduled for **November 13, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 22nd day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT