IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-37 (MTT) |
| | ) |
| CHARLES ANTHONY LOPEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term.  Doc. 27.  The defendant was indicted on June 14, 2023, and had his arraignment in this Court on July 10, 2023.  Docs. 1; 15.  One prior continuance has been granted.  Doc. 25.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defendant's counsel to continue investigation of prior convictions and to receive records from the Oregon courts.  Doc. 27 at 1.  The government does not oppose the motion.  *Id.* at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 27) is **GRANTED**.  The case is continued from the November term until the Court's trial term presently scheduled for **January 8, 2024**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 18th day of October, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT